HEATHER E. WILLIAMS, #122664
Federal Defender
ERIN SNIDER, #304781
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
MELVIN WHITEHEAD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:17-cr-00177-DAD-BAM |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO EXTEND DEADLINE FOR FORMAL OBJECTIONS AND SENTENCING MEMORANDA AND TO CONTINUE SENTENCING HEARING FROM APRIL 4, 2018, TO MAY 21, 2018 |
| vs. | |
| MELVIN WHITEHEAD, | |
| Defendant. | Date: May 21, 2018<br>Time: 10:00 a.m.<br>Judge: Hon. Dale A. Drozd |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Kimberly Sanchez, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for defendant Melvin Whitehead, that the deadline to file formal objections be extended to May 7, 2018, that the deadline for filing sentencing memoranda be extended to May 14, 2018, and that the sentencing hearing currently scheduled for April 4, 2018, be continued to May 21, 2018, at 10:00 a.m.

The defense is requesting this continuance because defense counsel is currently preparing for a two-week jury trial scheduled to begin March 13, 2018. *See* Declaration of Erin Snider. In addition, defense counsel will be out of the office from April 9, 2018, to April 30, 2018. *See id.* In light of defense counsel's trial schedule and scheduled leave, defense counsel requires additional time to prepare formal objections and a sentencing memorandum.

1

|   |   |   |
|---|---|---|
| | | Respectfully submitted, |
| | | PHILLIP A. TALBERT<br>United States Attorney |
| Date: March 9, 2018 | | */s/ Kimberly Sanchez*<br>KIMBERLY SANCHEZ<br>Assistant United States Attorney<br>Attorney for Plaintiff |
| | | HEATHER E. WILLIAMS<br>Federal Defender |
| Date: March 8, 2018 | | */s/ Erin Snider*<br>ERIN SNIDER<br>Assistant Federal Defender<br>Attorney for Defendant<br>MELVIN WHITEHEAD |

**O R D E R**

The court has reviewed and considered the stipulation of the parties to continue the sentencing in this case. Good cause appearing, that the deadline to file formal objections is extended to May 7, 2018, that the deadline for filing sentencing memoranda is extended to May 14, 2018, and that the sentencing hearing previously scheduled for April 4, 2018, is continued to May 21, 2018, at 10:00 a.m. in courtroom 5 before District Judge Dale A. Drozd.

IT IS SO ORDERED.

Dated: **March 9, 2018**

UNITED STATES DISTRICT JUDGE

**DECLARATION OF ERIN SNIDER**

I, Erin Snider, declare as follows:

1. I am an attorney admitted to practice before this Court and I am employed as an Assistant Federal Defender.

2. The Office of the Federal Defender has been appointed to represent Defendant Melvin Whitehead in the above-entitled case, and I have been assigned to represent him.

3. I am currently preparing for a jury trial in *United States v. Michael Galloway*, Case No. 1:14-cr-00114-DAD. The trial is scheduled to begin March 13, 2018, and is scheduled to last eight court days.

4. I am scheduled to be out of the office from April 9, 2018, to April 30, 2018.

I declare under penalty of perjury that the foregoing is true and correct. Executed this March 9, 2018, at Fresno, California.

                                            /s/ *Erin Snider*
                                            ERIN SNIDER, Declarant
                                            Assistant Federal Defender