| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA Bar #122664<br>Federal Defender |
| 2 | LAURA MYERS, IL Bar #6338417<br>Assistant Federal Defender |
| 3 | Office of the Federal Defender<br>2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA  93721-2226<br>Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorneys for Defendant<br>MELVIN WHITEHEAD |

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MELVIN WHITEHEAD,<br><br>Defendant. | Case No. 1:17-cr-00177<br><br>**AMENDED STIPULATION TO WAIVE PRELIMINARY HEARING AND SET STATUS CONFERENCE; ORDER**<br><br>Date:   October 10, 2024<br>Time:  2:00 p.m. |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Assistant United States Attorney Luke Baty, counsel for plaintiff, and Assistant Federal Defender Laura Myers, counsel for defendant, Melvin Whitehead, that the preliminary hearing currently scheduled for September 18, 2024, at 2:00 p.m. be vacated and a status conference be set for October 10, 2024, at 2:00 p.m.

Mr. Whitehead was detained after a hearing on September 4, 2024. At the hearing, the matter was set for a preliminary hearing on September 18, 2024, per counsel's request. Mr. Whitehead now wishes to waive his right to a preliminary hearing on the petition to revoke supervision. In addition, Mr. Whitehead seeks to have this matter set for a status conference in three weeks, in order to conduct additional investigation and to discuss with the government a potential resolution of this matter. Accordingly, the parties agree that the preliminary hearing set

for September 18, 2024, be vacated and a status hearing be set for October 10, 2024, at 2:00 p.m.

                                        Respectfully submitted,

                                        PHILLIP A. TALBERT
                                        United States Attorney

Date: September 17, 2024            */s/ Luke Baty*
                                        LUKE BATY
                                        Assistant United States Attorney
                                        Attorney for Plaintiff


                                        HEATHER E. WILLIAMS
                                        Federal Defender

Date: September 17, 2024            */s/ Laura Myers*
                                        LAURA MYERS
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        MELVIN WHITEHEAD

## **O R D E R**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the preliminary hearing set for September 18, 2024 at 2:00 p.m. be vacated, and a status conference set for October 10, 2024 at 2:00 p.m.

IT IS SO ORDERED.

Dated:  **September 17, 2024**          /s/ *Barbara A. McAuliffe*
                                              UNITED STATES MAGISTRATE JUDGE