HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
LAURA MYERS, IL Bar #6338417
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
MELVIN WHITEHEAD

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:17-cr-00177-JLT-BAM |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| vs. | |
| MELVIN WHITEHEAD, | Date:   October 24, 2024 |
| Defendant. | Time:   2:00 p.m. |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Assistant United States Attorney Luke Baty, counsel for plaintiff, and Assistant Federal Defender Laura Myers, counsel for defendant Melvin Whitehead, that the status conference on October 10, 2024, be continued to October 24, 2024.

This matter is currently scheduled for a status conference on October 10, 2024. ECF #57. Counsel for the United States and defendant Whitehead have agreed that further time is necessary for defense investigation, review of discovery, and potential plea negotiations. The parties have therefore agreed to stipulate to a continuance of the status conference.

//

//

//

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: October 8, 2024

*/s/ Luke Baty*
LUKE BATY
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: October 8, 2024

*/s/ Laura Myers*
LAURA MYERS
Assistant Federal Defender
Attorney for Defendant
MELVIN WHITEHEAD

## **O R D E R**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the preliminary hearing set for October 10, 2024, at 2:00 p.m. be vacated, and a status conference set for October 24, 2024, at 2:00 p.m. before the Duty Magistrate Judge.

IT IS SO ORDERED.

Dated:   **October 8, 2024**               /s/ Erica P. Grosjean
                                            UNITED STATES MAGISTRATE JUDGE

Whitehead – Stipulation
and Proposed Order

2