HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
LAURA MYERS, IL Bar #6338417
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
MELVIN WHITEHEAD

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:17-cr-00177-JLT-BAM |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| vs. | |
| MELVIN WHITEHEAD, | Date:   December 17, 2024<br>Time:  2:00 p.m. |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Assistant United States Attorney Luke Baty, counsel for plaintiff, and Assistant Federal Defender Laura Myers, counsel for defendant Melvin Whitehead, that the status conference on October 24, 2024, be continued to December 17, 2024.

This matter is currently scheduled for a status conference on October 24, 2024. ECF #57. Mr. Whitehead is charged in a Form 12C petition with multiple new law violations.  ECF #45. Three of the alleged violations remain pending in Fresno County Superior Court, and a potentially dispositive hearing is scheduled for November 7, 2024.  *See* Fresno County Dkt. F24905799. Counsel for the United States and defendant Whitehead have agreed that further time is necessary for potential plea negotiations to occur after the state-court proceeding. The parties have therefore agreed to stipulate to a continuance of the status conference.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: October 21, 2024         /s/ Luke Baty
                               LUKE BATY
                               Assistant United States Attorney
                               Attorney for Plaintiff


                               HEATHER E. WILLIAMS
                               Federal Defender

Date: October 21, 2024         /s/ Laura Myers
                               LAURA MYERS
                               Assistant Federal Defender
                               Attorney for Defendant
                               MELVIN WHITEHEAD

**O R D E R**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status conference set for October 24, 2024, at 2:00 p.m. be continued to **December 17, 2024 at 2:00 p.m. before Magistrate Judge Stanley A. Boone**.

IT IS SO ORDERED.

Dated:   **October 22, 2024**              /s/ Barbara A. McAuliffe
                                           UNITED STATES MAGISTRATE JUDGE

Whitehead – Stipulation
and Proposed Order

2