IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>  v.<br><br>MELVIN WHITEHEAD,<br><br>       Defendant. | CASE NO. 1:17-CR-00177-JLT-BAM<br><br>ORDER ALLOWING DEFENDANT'S APPEARANCE ON STATE OF CALIFORNIA WRIT FOR HABEAS CORPUS AD PROSEQUENDUM |

  The Superior Court for the State of California, County of Fresno, has requested that the body of the above-named defendant be produced in Fresno County Superior Court for further proceedings in the case of People of the State of California vs. Melvin Ray Whitehead, F24905799. The defendant's appearance before the state court judge is necessary on November 14, 2024, at 8:30 a.m. for a preliminary hearing. The defendant is currently in the custody of the United States Marshal, charged in the above-entitled action, housed at the Fresno County Jail. His next appearance before the United States District Court is scheduled for December 17, 2024, at 2:00 p.m. for a status conference. It appearing that the defendant's presence is needed for a hearing in the state action, and that the next court appearance in the above-entitled case will be on December 17, 2024:

  IT IS HEREBY ORDERED that deputies of the Fresno County Sheriff's Office or their designee may produce the defendant in Fresno County Superior court on November 14, 2024, for purposes of her presence at the arraignment, but shall return her to the custody of the United States Marshal Service in the physical custody of Fresno County Jail immediately after the proceeding has concluded. The Court further orders that the Fresno County Sheriff's Office or their designated agents can produce the defendant for future state court proceedings with her return immediately thereafter after the U.S. Marshal Service and the Fresno County Sheriff's Office confirms with an Assistant U.S. Attorney that

no state court appearance conflicts with any federal court appearance. Under no circumstances is the defendant to be released from the physical custody of the Fresno County Jail other than for the court appearances that are the subject of this Order or scheduled Federal Court Appearances, or upon further order from this court.

IT IS SO ORDERED.

Dated:  **November 13, 2024**

STANLEY A. BOONE
United States Magistrate Judge