HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
LAURA MYERS, IL Bar #6338417
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
MELVIN WHITEHEAD

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>vs.<br><br>MELVIN WHITEHEAD,<br><br>             Defendant. | Case No. 1:17-cr-00177<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE**<br><br>Date:   January 9, 2024<br>Time:   2:00 p.m. |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Assistant United States Attorney Luke Baty, counsel for plaintiff, and Assistant Federal Defender Laura Myers, counsel for defendant Melvin Whitehead, that the status conference on December 17, 2024, be continued to January 9, 2025.

This matter is currently scheduled for a status conference on December 17, 2024. ECF #63. Mr. Whitehead is charged in a Form 12C petition with multiple new law violations. ECF #45.  Three of the alleged violations remain pending in Fresno County Superior Court, and a jury trial is scheduled for January 6, 2025. *See* Fresno County Dkt. F24905799.  Counsel for the United States and defendant Whitehead have agreed that further time is necessary for potential plea negotiations to occur after the state-court proceeding. The parties have therefore agreed to stipulate to a continuance of the status conference.

|   |   |
|---|---|
|   | Respectfully submitted, |
|   | PHILLIP A. TALBERT<br>United States Attorney |
| Date: December 16, 2024 | */s/ Luke Baty*<br>LUKE BATY<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|   | HEATHER E. WILLIAMS<br>Federal Defender |
| Date: December 16, 2024 | */s/ Laura Myers*<br>LAURA MYERS<br>Assistant Federal Defender<br>Attorney for Defendant<br>MELVIN WHITEHEAD |

**O R D E R**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the preliminary hearing set for December 17, 2024 at 2:00 p.m. be vacated, and a status conference set for January 8, 2025 at 2:00 p.m. The defendant is ordered to appear.

IT IS SO ORDERED.

Dated:   **December 16, 2024**

STANLEY A. BOONE
United States Magistrate Judge

Whitehead – Stipulation
and Proposed Order

2