PHILLIP A. TALBERT
United States Attorney
LUKE BATY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MELVIN WHITEHEAD,<br><br>    Defendant. | CASE NO. 1:17-CR-00177-JLT-BAM<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE<br><br>DATE: January 8, 2025<br>TIME: 2:00 P.M.<br>COURT: Hon. Erica P. Grosjean |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this supervised release petition was set for a status conference on January 8, 2025.

2. The Defendant is scheduled for a settlement conference on his underlying state court case on January 9, 2025 and a trial on January 13, 2025.

3. The parties anticipate that the state court settlement conference will likely resolve the underlying state charges and thereby allow for a clear resolution of the defendant's federal supervised release violation.

4. By this stipulation, initiated by the Defense, the parties stipulate that the status conference may be continued to January 21, 2025, at 2:30 PM, to allow time for defense review of the

1

discovery, to review and discuss the resolution of the defendant's state charges, and to have more informed settlement discussions.  Because this case involves a pending supervised release petition, no exclusion of time is necessary.

IT IS SO STIPULATED.

///

///

Dated:  January 7, 2025          PHILLIP A. TALBERT
                                 United States Attorney


                                 /s/ LUKE BATY
                                 LUKE BATY
                                 Assistant United States Attorney


Dated:  January 7, 2025          /s/ LAURA MYERS
                                 LAURA MYERS
                                 Counsel for Defendant
                                 MELVIN WHITEHEAD

**FINDINGS AND ORDER**

Based upon the stipulation and representations of the parties, the Court orders the status conference be continued until January 21, 2025 at 2:00 PM before the Duty Magistrate Judge.

IT IS SO ORDERED.

Dated: **January 7, 2025**              /s/ Erica P. Grosjean
                                        UNITED STATES MAGISTRATE JUDGE

3